IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

LOUIS A DEJOY

                Debtor(s)    /

CASE No. 9-06-bk-05335-ALP

DIANE L. JENSEN, Trustee
in Bankruptcy,

                Plaintiff,

v.

LOUIS A DEJOY

                Defendant(s)  /

ADV. Proc. _____

## COMPLAINT FOR MONIES OWED AND FOR REVOCATION OF DISCHARGE OF DEBTOR

Plaintiff, DIANE L. JENSEN, alleges:

### COUNT ONE

1. This adversary proceeding is brought pursuant to Bankruptcy Rule 7001 and Section 541 of Title 11, United States Code, and is a core proceeding.

2. On 10/02/06, Defendant filed a Petition for relief under Chapter 7 of the Title 11, United States Code and subsequent thereto the Order for relief being entered, Plaintiff was duly appointed to act as Trustee in the above-styled case.

3. On 5/24/07, this Court directed the Defendant to pay the sum of $1,850.00, of which $1,391.85 still remains unpaid.

4. Plaintiff has made repeated demands for the sum of $1,391.85 which is owed to the bankruptcy estate pursuant to Title 11, United States Code 541 and is property of the estate. Defendant has repeatedly failed to pay said sums despite Plaintiff's demands.

WHEREFORE, Plaintiff prays that the Defendant be required to pay the sum of $1,391.85 together with costs of the suit of $250.00 and attorneys' fees in the amount of $600.00 immediately to the Plaintiff and, in the event such payment is not made, that Plaintiff have judgment against Defendant for said sum together with attorneys' fees of $600.00 and costs of this action in the amount of $250.00 and such other and further relief as this Court deems just and proper.

### COUNT TWO

5. Plaintiff realleges all the allegations of Count One, Paragraphs 1 - 4.

6. This is an adversary proceeding in which Plaintiff is seeking revocation of Defendant's discharge pursuant to Title 11, United States Code 727(e), and is a core proceeding.

7. Defendant, LOUIS A. DEJOY, was granted a discharge in this Court on 5/25/07.

8. Defendant has refused to obey a lawful order of this Court, namely, its Order dated 5/24/07, directing payment of $1,850.00, to the Plaintiff.

9. Said failure is an act pursuant to 11 U.S.C. 727 (a)(6) based upon which Plaintiff may seek revocation of Defendant's discharge pursuant to 11 U.S.C. 727 (d)(3).

WHEREFORE, Plaintiff prays that the Defendant's discharge be revoked and for such other and further relief as the Court deems just and proper.

> PAVESE LAW FIRM
> Attorneys for Plaintiff
> Post Office Drawer 1507
> Fort Myers, FL 33902
> (239) 336-6263
> (239) 332-2243 - fax
>
> By: _____
> Diane L. Jensen
> Florida Bar No. 153607

R:\TCMSWIN\WORD\COMPLAINT-JULIE.DOC